IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00650-OES

RALPH DEAN CHAVEZ,

    Plaintiff,

v.

HUERFANO COUNTY,
HUERFANO COUNTY CORRECTIONAL CENTER,
CORRECTIONS CORPORATION OF AMERICA,
BOB KURTZ, Warden, official & in his individual personal capacity,
DEBBI MCCORD, officially & in her individual personal capacity,
ANGELA MORELAND, Case Manager, officially and in her individual personal capacity,
PAM COLBURN, Medical Director, officially & in her individual personal capacity,
DR. C. DAVID NEECE, officially & in personal individual capacity,
KATHLEEN MOULDS, Physicians assistant, officially & in her individual personal capacity,
SHIRLEY SANCHEZ, HCCC/CCA, Nurse, officially & in her individual personal capacity,
PAUL PACHECO, HCCC/CCA, Captain, officially & in his individual personal capacity,
RUBEN MAESTAS, HCCC/CCA, Librarian, officially & in his individual personal capacity,
ED C. GILLESPIE, CDOC, Step III Grievance Officer, officially & in personal individual capacity,
ANTHONY A. DECESARO, CDOC, Step III Grievance Officer, officially & in personal individual capacity,
MISS DOWNEY, HCCC/CCA Inmates Records Clerk, officially & in her individual personal capacity, and
MICHELLE SANTISTEVAN, HCCC/CCA, Head Case Manager, officially & in her individual personal capacity,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Applicant's September 9, 2005, request for the return of the original of the March 31, 2005, and May 9, 2005, complaints he filed is DENIED. The clerk of the Court will be directed to mail to Applicant, together with a copy of this minute order, copies of the requested complaints. Applicant is advised that he should not submit to the Court any documents he may want returned to him in the future because the Court's electronic

filing system does not allow the Court to maintain paper copies. Applicant's September 9 request for this Court to order the Buena Vista Correctional Facility to allow him law library access is DENIED.

Dated: September 12, 2005

---

Copies of this **Minute Order, and a copy of the March 31 and May 9 Complaints** were mailed on September 12, 2005, to the following:

Ralph Dean Chavez
Reg. No.111692
BVCC Unit 10 Transitional
Upper West 5
P.O. Box 2017
Buena Vista, CO 81211

_____
Secretary/Deputy Clerk