IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00650-ZLW

RALPH DEAN CHAVEZ,

    Plaintiff,

v.

HUERFANO COUNTY,
HUERFANO COUNTY CORRECTIONAL CENTER,
CORRECTIONS CORPORATION OF AMERICA,
BOB KURTZ, Warden, official and in his individual capacity,
DEBBI MCCORD, officially and in her individual personal capacity,
ANGELA MORELAND, Case Manager, officially and in her individual personal capacity,
PAM COLBURN, Medical Director, officially an din her individual personal capacity,
DR. C. DAVID NEECE, officially and in personal individual capacity,
KATHLEEN MOULDS, Physicians assistant, officially and in her individual personal
    capacity,
SHIRLEY SANCHEZ, HCC/CCA, Nurse, officially and in he individual personal
    capacity,
PAUL PACHECO, HCCC/CCA, Captain, officially and in his individual capacity,
RUBEN MAESTAS, HCCC/CCA, Librarian, officially and in his personal
    capacity,
ED C. GILLESPIE, CDOC, Step III Grievance Officer, officially and in personal individual
    capacity,
ANTHONY A DECASARO, CDOC, Step III Grievance Officer, officially and in personal
    capacity,
MISS DOWNEY, HCCC/CCA Inmates Records Clerk, officially and in her individual
    personal capacity, and
MICHELLE SANTISTEVAN, HCCC/CCA, Head Case Manager, officially and in her
    individual personal capacity,

    Defendants.

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

Weinshienk, Senior Judge

    Applicant has submitted a Notice of Appeal.  Applicant previously was allowed to proceed

*in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action.  The court has examined

the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because applicant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

DATED at Denver, Colorado this   18   day of             January            , 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court